IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

C.D.M.V.,                             *

    Petitioner,                    *

vs.                                   *

                          CASE NO. 4:26-CV-261 (CDL)

WARDEN, STEWART DETENTION           *
CENTER,
                                 *

    Respondent.                    *
_____     *

O R D E R

    This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on May 22, 2026.  There was no objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1). Therefore, the Court reviews the Recommendation for clear error.  Finding no clear error, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.[1]

    IT IS SO ORDERED, this 1st day of July, 2026.

                              s/Clay D. Land
                              CLAY D. LAND
                              U.S. DISTRICT COURT JUDGE
                              MIDDLE DISTRICT OF GEORGIA

---

[1] The Court finds that the Supreme Court's recent ruling in *Mullin v. Doe*, No. 25-1083, 2026 WL 1825840 (U.S. June 25, 2026) provides an alternative reason for denying the motion.  *Id.* at *2, *10, *13 (concluding that the "TPS statute plainly bars consideration of respondents' non-constitutional claims" and finding that Haitian TPS claimants did not show a likelihood of success on their equal protection claim arising from the termination of Haiti's TPS designation).